UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

| | |
|---|---|
| KRISTINA SHAVER, Individually and on Behalf of All Others Similarly Situated, | : |
| Plaintiffs, | : |
| v. | : |
| GILLS ELDERSBURG INC., et al. | : |
| Defendants. | : |

## CONSENT TO SUE

I, hereby consent to be a Plaintiff in the Fair Labor Standards Act case captioned above. I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid minimum wages, overtime, liquidated damages, attorney's fees, costs and other relief) against the Defendants. I authorize JTB LAW GROUP, LLC, its successors and assigns, to represent me in this case.

Dated: 11/14/2014

Signature: *Kristina Shaver*
DocuSigned by:
1F0AD6DFE8B04B5...

Name: Kristina Shaver

Address: P.O. Box 3322
Frederick, MD 21705


EXHIBIT A