## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
District of Maryland

Case Number: ELH 14-CV-3977

Plaintiff:
**KRISTINA SHAVER**

vs.

Defendant:
**GILLS ELDERSBURG, INC., GILLS WESTMINSTER, INC., GURDIP GILL**

Received by ESQ Process Servers to be served on **Gills Westminister, Inc., Serve: Resident Agent, Gurdip Gill, 41 Heather Lane, Perryville, MD 21903.**

I, Edwin F. Cihlar, being duly sworn, depose and say that on the **7th day of January, 2015** at **12:25 pm, I:**

served **Gills Westminister, Inc.** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, JURY DEMAND, CIVIL COVER SHEET AND EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **Gurdip Gill** as **Resident Agent** for **Gills Westminister, Inc.**, at the alternate address of: **1803 Edgewood Road, Edgewood, MD 21040**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 51, Sex: M, Race/Skin Color: Middle Eastern, Height: 6'2", Weight: 200, Hair: Black, Glasses: N

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____
**Edwin F. Cihlar**
Process Server

Subscribed and Sworn to before me on the 8th day of January, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARINA L. CARRERO
NOTARY PUBLIC STATE OF MARYLAND
County of Montgomery
My Commission Expires June 11, 2016

**ESQ Process Servers**
**51 Monroe Street**
**Suite 708**
**Rockville, MD 20850**
**(301) 762-1350**

Our Job Serial Number: LES-2014016563
Ref: Kristina Shaver
Service Fee: $40.00

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r




## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: ELH 14-CV-3977

Plaintiff:
**KRISTINA SHAVER**

vs.

Defendant:
**GILLS ELDERSBURG, INC., GILLS WESTMINSTER, INC., GURDIP GILL**

Received by ESQ Process Servers to be served on **Gills Eldersburg, Inc., Serve: Resident Agent, Gurdip Gill, 41 Heather Lane, Perryville, MD 21903**.

I, Edwin F. Cihlar, being duly sworn, depose and say that on the **7th day of January, 2015** at **12:25 pm, I**:

served **Gills Eldersburg, Inc.** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, JURY DEMAND, CIVIL COVER SHEET AND EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **Gurdip Gill** as **Resident Agent** for **Gills Eldersburg, Inc.**, at the alternate address of: **1803 Edgewood Road, Edgewood, MD 21040**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 51, Sex: M, Race/Skin Color: Middle Eastern, Height: 6'2", Weight: 200, Hair: Black, Glasses: N

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 8th day of January, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARINA L. CARRERO
NOTARY PUBLIC STATE OF MARYLAND
County of Montgomery
My Commission Expires June 11, 2016



_____
**Edwin F. Cihlar**
Process Server

**ESQ Process Servers**
**51 Monroe Street**
**Suite 708**
**Rockville, MD 20850**
**(301) 762-1350**

Our Job Serial Number: LES-2014016564
Ref: Kristina Shaver
Service Fee: $40.00

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r



## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Maryland

Case Number: ELH 14-CV-3977

Plaintiff:
**KRISTINA SHAVER**

vs.

Defendant:
**GILLS ELDERSBURG, INC., GILLS WESTMINSTER, INC., GURDIP GILL**

Received by ESQ Process Servers to be served on **Gurdip Gill, 41 Heather Lane, Perryville, MD 21903**.

I, Edwin F. Cihlar, being duly sworn, depose and say that on the **7th day of January, 2015** at **12:25 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, JURY DEMAND, CIVIL COVER SHEET AND EXHIBITS** with the date and hour of service endorsed herein by me, to: **Gurdip Gill** at the alternate address of: **1803 Edgewood Road, Edgewood, MD 21040**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 51, Sex: M, Race/Skin Color: Middle Eastern, Height: 6'2", Weight: 200, Hair: Black, Glasses: N

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 8th day of January, 2015 by the affiant who is personally known to me

_____
NOTARY PUBLIC

MARINA L. CARRERO
NOTARY PUBLIC STATE OF MARYLAND
County of Montgomery
My Commission Expires June 11, 2016

_____
**Edwin F. Cihlar**
Process Server

**ESQ Process Servers**
**51 Monroe Street**
**Suite 708**
**Rockville, MD 20850**
**(301) 762-1350**

Our Job Serial Number: LES-2014016562
Ref: Kristina Shaver
Service Fee: $105.00

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

